UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN
GREEN BAY DIVISION

DAVID LEE,

    Plaintiff,

v.                                                         Case No. 17-CV-1617

UL LLC,

    Defendant.

**JOINT MOTION FOR APPROVAL OF COLLECTIVE ACTION SETTLEMENT, PLAINTIFF'S SERVICE AWARD, CLASS COUNSEL'S ATTORNEYS' FEES, AND NOTICE, AND FOR CERTIFICATION FOR SETTLEMENT PURPOSES**

The parties, by and through their undersigned counsel, hereby move the Court for entry of the parties proposed Order Granting Approval of Collective Action Settlement, Plaintiff's Service Award, Class Counsel's Attorneys' Fees, and Notice, and Certification for Settlement Purposes. That Order would:

1.    Approve the terms and conditions as memorialized in the parties' written Settlement Agreement, attached to the parties Brief in Support as **Exhibit A**, as fair, reasonable, and adequate;

2.    Order Final Certification for settlement purposes of a collective action under FLSA, 29 U.S.C. § 216(b);

3.    Approve Plaintiff's Service Award as fair and reasonable;

4.    Approve Class Counsel's attorneys' fee award as fair and reasonable;

5.    Approve the Notice that will be sent to the members of the putative collective, which is attached to the parties' Brief in Support as **Exhibit B**;

6. Order that the Notice constitutes the best notice practicable under the circumstances, including individual notice to all members of the collective who can be identified with reasonable effort, and that the Notice constitutes a valid, due, and sufficient notice to members of the collective in full compliance with the requirements of applicable law;

7. Authorize the sending of and order the Settlement Administrator to distribute the Settlement Payments called for by the Settlement Agreement along with the Notice ("the Notice Packet") to all members of the putative collective;

8. Order that each individual who wishes to make a claim and opt-in under this Settlement must cash, deposit, or otherwise negotiate his or her Settlement Payment per the Notice and within sixty (60) calendar days of the date the Settlement Administrator mailed the Notice Packet;

9. Enter judgment or, alternatively, tentatively schedule a telephonic hearing approximately one hundred and twenty (120) days after the Court enters its Approval Order to be held only in the event the Court desires to discuss the status of the settlement administration and, otherwise, to enter judgment, and dismiss this matter with prejudice; and

10. In the event the Court chooses to tentatively schedule a telephonic hearing with the parties, Order that at least ten (10) calendar days prior to the tentatively scheduled telephonic hearing, Class Counsel shall file an update with the Court regarding Settlement Administration.

For all of the reasons set forth in the parties' Brief in Support filed herewith, the parties believe that the Settlement Agreement provides for a fair resolution of the dispute between the parties, and respectfully request that the Court grant the relief requested above.

2

Case 1:17-cv-01617-WCG    Filed 11/21/19    Page 2 of 3    Document 54

Dated this 21st day of November, 2019.

| | |
|---|---|
| WALCHESKE & LUZI, LLC<br>Counsel for Plaintiff | WINSTON & STRAWN, LLP<br>Counsel for Defendant |
| s/ *James A. Walcheske*<br>James A. Walcheske, State Bar No. 1065635<br>Scott S. Luzi, State Bar No. 1067405<br>Matthew J. Tobin, State Bar No. 1065635<br>WALCHESKE & LUZI, LLC<br>15850 W. Bluemound Road, Suite 304<br>Brookfield, Wisconsin 53005<br>Phone: (262) 780-1953<br>E-Mail: jwalcheske@walcheskeluzi.com<br>E-Mail: sluzi@walcheskeluzi.com<br>E-Mail: mtobin@walcheskeluzi.com | s/ Michael P. Roche<br>Michael P. Roche<br>Shane W. Blackstone<br><br>WINSTON & STRAWN, LLP<br>35 W. Wacker Drive<br>Chicago, Illinois 60601<br>Phone: (414) 273-2100<br>E-Mail: mroche@winston.com<br>E-Mail: sblackstone@winston.com |

3