UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN
GREEN BAY DIVISION

DAVID LEE,

        Plaintiff,

     v.                                   Case No. 17-CV-1617

UL LLC,

        Defendant.

## FINAL ORDER APPROVING SETTLEMENT

WHEREAS, the Court having reviewed the parties' Joint Motion for Approval of Collective Action Settlement, Plaintiff's Service Award, Class Counsel's Attorneys' Fees, and Notice, and for Certification for Settlement Purposes, (ECF No. 53), as well as the Declarations filed in support thereof:

IT IS HEREBY ORDERED:

1. Final certification under the Fair Labor Standards Act ("FLSA") of a collective of all persons who are or have worked at and/or been employed by Defendant in the positions of Field Engineer, Associate Field Engineer, and Senior Field Engineer from April 1, 2017 to December 31, 2019 is granted;

2. The Settlement Agreement constitutes a fair and reasonable resolution of a *bona fide* dispute between Defendant and the collective during the relevant timeframe;

3. The Settlement Agreement is declared to be binding on Defendant, Lee, and all individuals who opt-into the collective ("the FLSA Collective Members");

4. The released claims are deemed dismissed with prejudice as they apply to Lee and the FLSA Collective Members and Lee and the FLSA Collective Members are permanently barred from filing or prosecuting against Defendant and all released parties any claims according to the applicable releases described in the Settlement Agreement;

5. As set forth in the parties' filings, the Court finds that Lee's Service Award in the amount of $20,000 is reasonable and, therefore, is approved;

6. As set forth in the parties' filings, the Court finds that Class Counsel's requested fee award in the amount of $540,000 is consistent with the rates of other attorneys in the community and approved rates in similar matters before the Court. The Court finds the attorney fee amount requested to be reasonable and fair compensation for counsel given the extent of work in representing the collective and the result it obtained;

7. The parties' proposed Notice is approved and constitutes the best notice practicable under the circumstances, including individual notice to all members of the collective who can be identified with reasonable effort, and constitutes valid, due, and sufficient notice to members of the collective in full compliance with the requirements of applicable law;

8. The parties' Settlement Administrator, Simpluris, Inc., is hereby authorized to send the Notice Packet, comprised of an individualized Settlement Payment and the Notice, to all members of the putative collective;

9. Each member of the putative collective who wishes to participate in the case and make a claim under the parties' Settlement Agreement must opt-in by cashing, depositing, or otherwise negotiating his or her Settlement Payment per the Notice and within sixty (60) calendar days of the date the Settlement Administrator mailed the Notice Packet; and

10. Based on the parties' settlement agreement, the Clerk is directed to close this case. The Court will retain jurisdiction for purposes of monitoring and enforcing the settlement agreement.

Dated at Green Bay, Wisconsin this 25th day of November, 2019.

s/ William C. Griesbach
William C. Griesbach, District Judge
United States District Court

3